McCAULEY *v.* CONSOLIDATED UNDERWRITERS.

No. 162, Misc.   Decided October 12, 1959.

*Richard E. McDaniel* for appellant.

*Thos. B. Ramey* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

JORDAN *v.* MICHIGAN.

No. 201, Misc.   Decided October 12, 1959.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.